UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

LARRY HOWARD,

        Plaintiff,                    Case No. 2:17-cv-182

v.                                  Honorable Paul L. Maloney

SHANE PLACE,

        Defendant.
_____/

## JUDGMENT

In accordance with the Order issued this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED**

**WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.


Dated:  April 16, 2018               /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge